# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 4, 2007

132888
132893

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MARCIA DOWNS, f/k/a Marcia Douglas,
Personal Representative of the Estate of
Natasha Douglas, Deceased,
           Plaintiff-Appellee,

v

NORTHERN MICHIGAN HOSPITALS, INC.,
d/b/a NORTHERN MICHIGAN HOSPITAL,
         Defendant-Appellant,

and

MARILYN KEEBLER, f/k/a MARILYN S.
MORRIS, DEBBIE PLUIM, a/k/a DEBRA
PLUIM, DANIEL J. VERBURG, DANIEL
J. VERBURG, M.D., P.C., d/b/a BAY VIEW
OBSTETRICS & GYNECOLOGY, and
JEFFREY W. WILDER,
         Defendants-Appellees.
_____/

SC: 132888
COA: 253611
Emmet CC: 03-007681-NH

MARCIA DOWNS, f/k/a Marcia
Douglas, Personal Representative of the
Estate of Natasha Douglas, Deceased,
         Plaintiff-Appellant,

v

MARILYN KEEBLER, a/k/a MARILYN
S. MORRIS, DANIEL J. VERBURG,
JEFFREY W. WILDER, DANIEL J.
VERBURG, M.D., P.C., d/b/a BAY VIEW
OBSTETRICS & GYNECOLOGY, and

SC: 132893
COA: 253611
Emmet CC: 03-007681-NH

NORTHERN MICHIGAN HOSPITALS, INC.,
d/b/a NORTHERN MICHIGAN HOSPITAL,
   Defendants-Appellees,

and

DEBBIE PLUIM, a/k/a DEBRA PLUIM,
   Defendant.
_____/

On order of the Court, the applications for leave to appeal the November 28, 2006 judgment of the Court of Appeals are considered and, it appearing to this Court that the case of *Mullins v St. Joseph Mercy Hospital* (Docket No. 131879) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present applications for leave to appeal, we ORDER that the applications be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 4, 2007        _____
               Clerk

l0328